# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CANTRELL WATTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-1072-D ) |
| OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Defendant's Motion to Dismiss [Doc. No. 7] under Fed. R. Civ. P. 12(b). Plaintiff has responded by filing the Amended Complaint [Doc. No. 8]. *See* Fed. R. Civ. P. 15(a)(1)(B). The Court finds Defendant's Motion directed at Plaintiff's original pleading is moot. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (amended complaint supersedes the original); *see also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180-81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss [Doc. No. 7] is DENIED without prejudice to a new filing in response the Amended Complaint.

IT IS SO ORDERED this 18th day of December, 2019.

TIMOTHY D. DeGIUSTI
Chief United States District Judge